UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN M. SLATER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  2:10-CV-01352-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant and with agreement of Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before March 24, 2011;

- Plaintiff shall file the Optional Reply Brief on or before April 7, 2011; and

- Oral argument, if desired, requested by April 14, 2011.

DATED this 3rd day of March 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [2:10-CV-01352-RBL-JRC]