UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BRIAN M. SLATER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  2:10-CV-01352-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on the motion by Defendant (ECF No. 15) and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 11, 2011;

- Plaintiff shall file the Optional Reply Brief on or before May 25, 2011; and

- Oral argument, if desired, shall be requested by June 1, 2011.

DATED this 23rd day of March 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [2:10-CV-01352-RBL-JRC]