# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIAN M. SLATER,

JUDGMENT IN A CIVIL CASE

v.

Case No. 2:10-CV-01352 RBL

MICHAEL J. ASTRUE,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The matter is therefore REVERSED and REMANDED to the Administration for further consideration as set forth in the Report and Recommendation.

| April 14, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk