UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN M. SLATER, | No. 2:10-cv-01352-RBL-JRC |
| Plaintiff, | ORDER ON STIPULATED MOTION FOR EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,178.16 and expenses in the amount of $22.01, for a total of $5,200.17, are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Further, costs in the amount of $356.40 will be paid pursuant to 28 U.S.C. § 1920. The check(s) will be mailed to Plaintiff's attorney's office: Law Office of Steven M. Robey, 1414 F Street, Bellingham, WA 98225.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to the Law Office of Steven M. Robey, based upon Plaintiff's assignment of these

ORDER ON STIPULATED
MOTION FOR EAJA ATTORNEY FEES - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

amounts to Plaintiff's attorney.

DATED this 5th day of July, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

s/ David A. Namba
David A. Namba, WSBA #29347
Attorney for Plaintiff
Law Office of Steven M. Robey, PS
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

ORDER ON STIPULATED
MOTION FOR EAJA ATTORNEY FEES - 2